WILLIAM J. MANHART, Appellant, *v.* ALICE PETERS et al., Respondents.

*Manhart* v. *Peters*, 41 App. Div. 623, affirmed.
(Argued January 28, 1901; decided February 15, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 17, 1899, affirming a judgment in favor of defendants entered upon a verdict directed by the court.

*George N. Frazine* and *H. B. Van Peyma* for appellant.

*Jacob Stern* and *Frank E. Wade* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.